1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 23CR2558-JAH |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING AND EXTEND COMMITMENT FOR RESTORATION** |
| v. | |
| ALEJANDRO MURANTES SANTOS, | |
| Defendant. | [ECF No. 53] |

Based on the parties' joint motion and good cause appearing, the Court finds that there is a substantial probability that within an additional reasonable period of time Defendant will attain the capacity to permit the proceedings to go forward.

Accordingly, pursuant to 18 U.S.C. § 4241(d)(2)(A), IT IS HEREBY ORDERED that the period for which Defendant Alejandro Murantes Santos is committed to the custody of the Attorney General to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward is extended up to and including May 25, 2025.

IT IS FURTHER ORDERED that the Hearing to Determine if Defendant Has Been Restored to Competency in Order to Stand Trial is continued to May 14, 2025, at 10:30 a.m., in Courtroom 13B, at the United States Courthouse, 333 West Broadway, San Diego, California.

IT IS FURTHER ORDERED that Bureau of Prisons (BOP) shall provide the Court with an updated Forensic Evaluation by May 7, 2025. The report should include a

determination on whether Defendant has been restored to competency and the reasons for that determination. If the report concludes Defendant is still not competent to stand trial, the report should then also include a determination on whether there is a substantial probability that after an additional reasonable period of treatment the defendant will attain the capacity to permit the proceedings to go forward, the reasons for that determination, and, if applicable, the specific period necessary for the additional treatment.

IT IS FURTHER ORDERED that one of the medical experts who treated Defendant appear at the May 14, 2025 hearing via Zoom to testify about Defendant's treatment, competency, and/or probability to be restored to competency.

IT IS FURTHER ORDERED that the BOP shall make Defendant available via Zoom for the purpose of attending the May 14, 2025 hearing.

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3161(h)(1)(A), that the delay resulting from the proceedings, including examinations, to determine the mental competency of the defendant, from June 6, 2024 to May 14, 2025 is deemed excludable time under the Speedy Trial Act.

This order is made without prejudice to modification by this Court at a future date.

DATED: March 28, 2025

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT JUDGE